

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00122-CV

| | | |
|---|---|---|
| John L. Reed and LH Chaney Materials | § | From the 17th District Court |
| | § | of Tarrant County (017-273616-14) |
| v. | § | October 1, 2015 |
| Leah Vance | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment as to the liability of John L. Reed (Reed) for negligence and gross negligence and of LH Chaney Materials (Materials) for respondeat superior. We reverse that portion of the trial court's judgment as to the award of damages against Reed and Materials and as to the liability of Materials for gross negligence and remand this case to the trial court for further proceedings.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot